**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LILLIAN C. DUVALL**                                                               **PLAINTIFF**

**V.**                              **No. 4:25-CV-00915-JM-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                                       **DEFENDANT**

## ORDER

The Court has received a Recommendation from United States Magistrate Judge Edie R. Ervin. No objections have been filed, and the time for doing so has passed. After carefully considering the Recommendation and making *a de novo* review of the record, the Court approves and adopts the Recommendation in its entirety.

Accordingly, the Commissioner's decision is AFFIRMED, and Judgment will be entered for the Commissioner.

IT IS SO ORDERED this 24th day of June, 2026.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE