**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LILLIAN C. DUVALL**                                                         **PLAINTIFF**

**V.**                                    **No. 4:25-CV-00915-JM-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                             **DEFENDANT**

### **JUDGMENT**

Consistent with today's Order, the Commissioner's decision is AFFIRMED.  Judgment is

entered in favor of the Commissioner.

IT IS SO ORDERED this 24th day of June, 2026.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE